NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1052

SE-KURE CONTROLS, INC.,

Plaintiff/Cross Claim Defendant-Appellant,

v.

DIAM USA, INC.,

Defendant-Appellee,

and

POP DISPLAYS USA, LLC (successor in interest to Diam USA, Inc.),

Third Party Plaintiff-Appellee,

and

POP DISPLAYS, LLC, POP DISPLAYS, INC., and
DIAM INTERNATIONAL, INC.,

Defendants,

v.

TELEFONIX, INC.,

Cross Claim Plaintiff/Third Party
Defendant-Appellee.

Richard D. Harris, Greenberg Traurig, LLP, of Chicago, Illinois, argued for plaintiff/cross claim defendant-appellant. With him on the brief were Herbert H. Finn, Kevin J. O'Shea, and Cameron M. Nelson.

Lee F. Grossman, Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for all appellees. With him on the brief was Mark M. Grossman, Grossman Law Offices, of Arlington, Illinois.

Appealed from: United States District Court for the Northern District of Illinois

Judge Ronald A. Guzman

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1052

SE-KURE CONTROLS, INC.,

Plaintiff/Cross Claim Defendant-
Appellant,

v.

DIAM USA, INC.,

Defendant-Appellee,

and

POP DISPLAYS USA, LLC (successor in interest to Diam USA, Inc.),

Third Party Plaintiff-Appellee,

and

POP DISPLAYS, LLC, POP DISPLAYS, INC., and
DIAM INTERNATIONAL, INC.,

Defendants,

v.

TELEFONIX, INC.,

Cross Claim Plaintiff/Third Party
Defendant-Appellee.

# Judgment

ON APPEAL from the      United States District Court for the Northern District of
Illinois

In CASE NO(S).          06-CV-4857.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, DYK, and PROST, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  *May 5, 2010*                    */s/ Jan Horbaly*
                                        *Jan Horbaly, Clerk*